1  Chad M. Hagan (*pro hac vice*)
   chad.hagan@hnbllc.com
2  Timothy Frank (California Bar No. 263245)
   timothy.frank@hnbllc.com
3  **HAGAN NOLL & BOYLE, LLC**
   Two Memorial City Plaza
4  820 Gessner, Suite 940
   Houston, Texas 77024
5  Telephone:  (713) 343-0478
   Facsimile:  (713) 758-0146
6
   Mark J. Hattam (California Bar No. 173667)
7  mhattam@allenmatkins.com
   Michael J. Holmes (California Bar No. 199311)
8  mholmes@allenmatkins.com
   **ALLEN MATKINS LECK GAMBLE**
9  **MALLORY & NATSIS LLP**
   501 West Broadway, 15th Floor
10 San Diego, California 92101
   Telephone: (619) 233-1155
11 Facsimile: (619) 233-1158

12 Attorneys for Plaintiffs

13
                **UNITED STATES DISTRICT COURT**
14              **SOUTHERN DISTRICT OF CALIFORNIA**

15
   DISH NETWORK L.L.C., ECHOSTAR          Case No. 13-CV-109-L (WVG)
16 TECHNOLOGIES L.L.C., and
   NAGRASTAR LLC,                         **JOINT MOTION TO STAY**
17                                        **PROCEEDINGS**
                    Plaintiffs,
18     v.
19 DANIAL PIERCE and SINCHA PIERCE,
   individually and as trustees of the Pierce
20 Family Trust, and YONG SUK YI,
21                  Defendants.
22
23
24

25      Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and

26 NagraStar LLC, and Defendants Danial Pierce, Sincha Pierce, and Yong Suk Yi,

27 hereby move to stay all further proceedings in this case until January 10, 2014, so

28 they can focus their efforts at completing a settlement.

In support of this joint motion for stay, the parties state the following:

1.     This Court entered a judgment in favor of DISH Network on May 31, 2012 in *DISH Network L.L.C. v. Sonicview USA, Inc.*, No. 09-CV-1553 L (WVG). (Dkt. 181).  The Court awarded damages of $64,980,200 against Danial Pierce and his co-defendants.  (*Id.*)  Danial Pierce and his co-defendants noticed an appeal on November 9, 2012, which is pending before the Ninth Circuit.  (Dkt. 278).

2.     DISH Network has been enforcing the judgment against Danial Pierce. Among other things, DISH Network filed this case on January 15, 2013 to set aside a transfer of property made by Danial Pierce.  The Court, however, dismissed DISH Network's complaint, sua sponte, on March 27, 2013 for lack of subject matter jurisdiction.  (Dkt. 14.)

3.     DISH Network moved the Court to reconsider its order of dismissal. (Dkt. 15.)  The Court terminated DISH Network's motion for reconsideration on May 1, 2013 because Danial Pierce and Sincha Pierce filed bankruptcy. (Dkt. 20.) The Pierces' bankruptcy was dismissed, and on September 10, 2013 DISH Network filed a notice with this Court asking that its motion for reconsideration be placed back on calendar. (Dkt. 21.)  DISH Network's motion has not been set for hearing.

4.     The parties have been engaged in ongoing settlement discussions with the assistance of a mediator appointed by the Ninth Circuit.  The parties expect to complete a settlement in early January 2014.  The parties will notify the Court, on or before January 10, 2014, as to whether a settlement has been concluded.  In the event of a final settlement, the notice will be provided to the Court in the form of a stipulation to voluntarily dismiss this action with prejudice.

5.     In the interim, the parties respectfully request that the Court stay all further proceedings in this case, including the motion for reconsideration identified in paragraph 3.  A temporary stay will enable the parties to focus on completing the settlement, and at the same time spare the Court from having to rule on matters that will be rendered moot if the dispute between the parties is fully resolved.

1      A proposed order has been submitted.

2

3   Dated: November 15, 2013

4                                              s/ Timothy M. Frank
                                               Chad M. Hagan (*pro hac vice*)
5                                              chad.hagan@hnbllc.com
                                               Timothy M. Frank (California Bar No. 263245)
6                                              timothy.frank@hnbllc.com
                                               **HAGAN NOLL & BOYLE, LLC**
7                                              Two Memorial City Plaza
                                               820 Gessner, Suite 940
8                                              Houston, Texas 77024
                                               Telephone:  (713) 343-0478
9                                              Facsimile:  (713) 758-0146

10                                             Attorneys for Plaintiffs

11

12
    Dated: November 15, 2013
13

14                                             s/ David R. Clark
                                               David R. Clark (California Bar No. 081675)
15                                             drclarklaw@att.net
                                               **THE CLARK LAW FIRM, APLC**
16                                             1520 Wood Duck Lane
                                               Meadow Vista, California 95722
17                                             Telephone:  (530) 878-8700
                                               Facsimile:  (530) 878-3609

18                                             Attorney for Defendants

19

20

21

22

23

24

25

26

27

28